

Scott M. Kessler

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 880 3874
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6411
Scott.Kessler@akerman.com

July 3, 2023

**VIA ECF**

Honorable Nina R. Morrison, U.S.D.J.
Honorable Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:      ***Star Auto Sales of Bayside, Inc., et. al v. Rosenfield & Co., PLLC,***
               ***Case No. 1:23-cv-04912-NRM-RML***

Dear Judge Morrison and Judge Levy:

      This firm represents Defendant Rosenfield & Company, PLLC ("Rosenfield") in the above-referenced matter.  Rosenfield respectfully requests an extension of time to respond to the Complaint to and including July 21, 2023.  This is Rosenfield's first request for an extension of time to respond to the Complaint.  Counsel for Rosenfield has conferred with Plaintiffs' counsel and Plaintiffs do not oppose the requested relief.

      Rosenfield's registered agent was served with the Complaint on or about June 1, 2023, and Rosenfield's current deadline to respond is July 7, 2023, based on the Notice of Removal that was filed on June 30, 2023.  Extending Rosenfield's time to respond by fourteen (14) days will enable Rosenfield to prepare its response to the Complaint.  This brief extension will not prejudice any party and, as noted, Plaintiffs do not object to it.

      For the foregoing reasons, Rosenfield respectfully requests that the Court extend the deadline to respond to the Complaint to and including July 21, 2023.

      Very truly yours,

      */s/ Scott M. Kessler*

      Scott M. Kessler

*Star Auto Sales of Bayside, Inc., et. al v. Rosenfield & Co., PLLC*
July 3, 2023
Page 2
_____


cc: Jamie Felsen (via ECF)
     Samuel P. Vitello (via ECF)